IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

NEIL DENNISON                                                    PLAINTIFF

v.                          No. 05-2121

JOHNSON COUNTY DETENTION
CENTER; and RUTH A. HOWELL                                      DEFENDANTS

## **ORDER**

Now on this 26th day of October 2005, there comes on for consideration the report and recommendation filed herein on October 4, 2005, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 13). The parties have not filed any objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's complaint is dismissed on the grounds he has failed to obey an order of this Court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge